VENABLE LLP
Daniel S. Silverman (SBN 137864)
Email: dsilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

THORPE NORTH & WESTERN LLP
Mark M. Bettilyon (*Pro Hac To Be Filed*)
Email: mark.bettilyon@tnw.com
Peter M. de Jonge (*Pro Hac To Be Filed*)
Email: dejonge@tnw.com
Jed H. Hansen (*Pro Hac To Be Filed*)
Email: hansen@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633

Attorneys for Defendant
MOPHIE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ERIC STOTZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOPHIE INC.,<br><br>Defendant. | Case No.: 2:16-cv-8898<br><br>CLASS ACTION<br><br>**DECLARATION OF ALEXANDRA THOMAS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>[Los Angeles County Superior Court Action No. BC639116]<br><br>Action Filed: October 28, 2016<br>Complaint Served: November 1, 2016<br>Removal: December 1, 2016 |

## DECLARATION OF ALEXANDRA THOMAS

I, Alexandra Thomas, declare as follows:

1. I am a paralegal at Thorpe North & Western LLP, counsel for Defendant Mophie Inc., in the above-captioned action. Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2. Defendant is a California corporation with an office in Orange County, California.

3. On November 23, 2016, I pulled a copy of the docket for the civil action in the Superior Court of California for the County of Los Angeles, entitled *Stotz v. Mophie Inc.,* Case No. BC639116. A copy of the docket is attached hereto as **Exhibit A**.

4. On October 28, 2016, Plaintiff filed the Complaint. A copy of the Complaint, as served on Defendant, is attached hereto as **Exhibit B**.

5. On October 28, 2016, Plaintiff filed the Summons. A copy of the Summons, as served on Defendant, is attached hereto as **Exhibit C**.

6. On November 1, 2016, Plaintiff served the Summons, Civil Case Cover Sheet and Complaint on Defendant. On November 4, 2016, Plaintiff filed a Proof of Substitute Service of Summons and Complaint. A copy of the filed Proof of Service is attached hereto as **Exhibit D**.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the clerk of the Superior Court of the State of California for the County of Los Angeles and served upon counsel for Plaintiff. A copy of that Notice to State Court and to Plaintiff of Removal of Action is attached hereto as **Exhibit E**.

1  I declare under the penalty of perjury under the laws of the United States
2  that the foregoing is true and correct.
3
4  Executed this 28th day of November, 2016 in Salt Lake City, Utah.

*Alexandra Thomas*
Alexandra Thomas