VENABLE LLP
Daniel S. Silverman (SBN 137864)
Email: dsilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

THORPE NORTH & WESTERN LLP
Mark M. Bettilyon (*Pro Hac To Be Filed*)
Email: mark.bettilyon@tnw.com
Peter M. de Jonge (*Pro Hac To Be Filed*)
Email: dejonge@tnw.com
Jed H. Hansen (*Pro Hac To Be Filed*)
Email: hansen@tnw.com
175 South Main, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 566-6633

Attorneys for Defendant
MOPHIE INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ERIC STOTZ, individually, and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>MOPHIE INC.,<br><br>                  Defendant. | Case No.: 2:16-cv-8898<br><br>CLASS ACTION<br><br>**DECLARATION OF ABBY BARRACLOUGH IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>[Los Angeles County Superior Court Action No. BC639116]<br><br>Action Filed: October 28, 2016<br>Complaint Served: November 1, 2016<br>Removal: December 1, 2016 |

BARRACLOUGH DECLARATION ISO DEFENDANT'S NOTICE OF REMOVAL

# DECLARATION OF ABBY BARRACLOUGH

I, Abby Barraclough, declare as follows:

1. I am general counsel for Defendant Mophie Inc. in the above-captioned action. Unless otherwise stated, matters referred to in this declaration are based on my personal knowledge, and, if called to testify as a witness, I could and would testify competently to the facts set forth herein.

2. I have reviewed the Complaint served on Defendant Mophie Inc. captioned Stotz v. Mophie Inc., Case No. BC639116.

3. I have reviewed the accounting records of Defendant Mophie Inc. and the revenue for national sales of the Mophie iphone 6 Plus Juice Pak in the four years preceding October 28, 2016 exceeds five million dollars ($5,000,000).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of November, 2016 in Salt Lake City, Utah.

_____
Abby Barraclough

---

1

BARRACLOUGH DECLARATION ISO DEFENDANT'S NOTICE OF REMOVAL