JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC STOTZ and CHARLES ALAN, individually and on behalf of all others similarly situated, | Case No. CV 16-8898-GW(FFMx) |
| Plaintiffs, | ORDER |
| vs. | |
| MOPHIE INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 23rd day of January, 2018.

_____
GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1